1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St. – Ste. 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant VELO-PEREZ
5

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,              )
                                           )  No. CR-05-00543-CW
11                      Plaintiff,         )
                                           )  STIPULATION OF PARTIES; ORDER
12          v.                             )  CONTINUING DATES
                                           )
13  TOMAS VELO-PEREZ, ERNESTO              )
    CABRERA                                )
14                                         )
                                           )
15                                         )
                                           )
    ─────────────────────────────────────
16

17
            IT IS HEREBY STIPULATED,  by and between the parties to this action,  that the
18
    STATUS HEARING date of October 3, 2005, presently scheduled at 2:00 p.m., before the
19
    Honorable Claudia Wilken, be vacated and a re-set for October 31, 2002 at 2:00 p.m.
20
        The reason for this request is that additional time is needed to effectively review discovery
21
    and research potential motions in this case.  Discovery in this case consists of numerous reports as
22
    well as forthcoming audio and video cassettes, some of which will require translation.
23
        The parties agree and stipulate that a period of time of four additional weeks should be
24
    excluded under the speedy trial act, 18 U.S.C. §3161(H)(8)(A) and (B) in that the ends of justice
25
    served by the granting of the continuance outweigh the bests interests of the public and the
26
    defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's

1    preparation efforts.

2

3    I hereby attest that I have on file all holograph signatures for any signatures indicated by a

4    "conformed" signature (/S/) within this efiled document.

5

6    DATED: 9/30/05                          /S/

7                                            _____
                                             JAMES E. KELLER
8                                            Assistant United States Attorney

9

10   DATED: 9/29/05                          /S/

11                                           _____
                                             JOHN PAUL REICHMUTH
12                                           Assistant Federal Public Defender
                                             Counsel for Mr. Velo Perez
13

14

15                                           /S/
     DATED: 9/29/05                          _____
16                                           RANDY SUE POLLOCK
                                             Counsel for Mr. Cabrera
17

18

19

20

21

22

23

24

25

26

UNITED STATES OF AMERICA VS. VELO PEREZ, CABRERA

# ORDER

FINDINGS OF THE COURT:

1. The ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial.

2. The continuance is required to accommodate the defendants' continuing investigation and research of this case

IT IS HEREBY ORDERED that a period of time of four weeks and be excluded under the speedy trial act, 18 U.S.C. Section 3161(H)(8)(A) and (B), between October 3, 2005 and October 31, 2005. Further, upon stipulation of the parties to the above-entitled matter and good cause appearing,

IT IS HEREBY ORDERED that the STATUS HEARING date of October 3, 2005, presently scheduled at 2:00 p.m., before the Honorable Claudia Wilken, be vacated and a re-set for October 31, 2002 at 2:00 p.m.

DATED:
        9/30/05

_____
    HON. CLAUDIA WILKEN
  UNITED STATES DISTRICT JUDGE



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26