| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JOHN PAUL REICHMUTH |
| | Assistant Federal Public Defender |
| 3 | 555 12th St. – Ste. 650 |
| | Oakland, CA 94607-3627 |
| 4 | |
| | Counsel for Defendant VELO-PEREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR-05-00543-CW |
| Plaintiff, | ) | |
| | ) | STIPULATION OF PARTIES; ORDER |
| v. | ) | CONTINUING DATES |
| | ) | |
| TOMAS VELO-PEREZ, ERNESTO CABRERA | ) | |
| | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of October 31, 2005, presently scheduled at 2:00 p.m., before the Honorable Claudia Wilken, be vacated and a re-set for November 28, 2005 at 2:00 p.m.

The reason for this request is that additional time is needed to effectively review discovery and research potential motions in this case. Discovery in this case consists of numerous reports, CD-ROM's containing photographs, DVD's of video surveillance, and audio tapes of purported controlled calls. All of the audio recordings are in Spanish and will need to be translated. The materials will need to be reviewed with the defendants in custody. Defense counsel have both begun review of discovery but have not completed it to the degree necessary to assess which motions will be filed, if any.

1   The parties agree and stipulate that a period of time of four additional weeks should be
2   excluded under the speedy trial act, 18 U.S.C. §3161(H)(8)(A) and (B) in that the ends of justice
3   served by the granting of the continuance outweigh the bests interests of the public and the
4   defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's
5   preparation efforts.

DATED: 10/28/05                         /S/
                                        _____
                                        JAMES E. KELLER
                                        Assistant United States Attorney

DATED: 10/28/05
                                        /S/
                                        _____
                                        JOHN PAUL REICHMUTH
                                        Assistant Federal Public Defender
                                        Counsel for Mr. Velo Perez


                                        /S/
DATED: 10/28/05                         _____
                                        RANDY SUE POLLOCK
                                        Counsel for Mr. Cabrera


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

UNITED STATES OF AMERICA VS. VELO PEREZ, CABRERA

## ORDER

FINDINGS OF THE COURT:

1. The ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial.

2. The continuance is required to accommodate the defendants' continuing investigation and research of this case

IT IS HEREBY ORDERED that a period of time of four weeks and be excluded under the speedy trial act, 18 U.S.C. Section 3161(H)(8)(A) and (B), between October 31, 2005 and November 28, 2005.  Further, upon stipulation of the parties to the above-entitled matter and good cause appearing,

IT IS HEREBY ORDERED that  the STATUS HEARING date of October 31, 2005, presently scheduled at 2:00 p.m., before the Honorable Claudia Wilken, be vacated and a re-set for November 28, 2005 at 2:00 p.m.

DATED: 10/28/05

*/s/ Claudia Wilken*
_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE