| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JOHN PAUL REICHMUTH |
| | Assistant Federal Public Defender |
| 3 | 555 12th St. – Ste. 650 |
| | Oakland, CA 94607-3627 |
| 4 | |
| | Counsel for Defendant VELO-PEREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR-05-00543-CW |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING DATES |
| v. | ) | |
| | ) | |
| TOMAS VELO-PEREZ, ERNESTO CABRERA | ) | |
| | ) | |
| | ) | |

## ORDER

FINDINGS OF THE COURT:

    1. The ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial.

    2. The continuance is required to accommodate the defendants' continuing investigation and research of this case

    IT IS HEREBY ORDERED that a period of time of six weeks and be excluded under the speedy trial act, 18 U.S.C. Section 3161(H)(8)(A) and (B), between November 28, 2005 and , January 9, 2006.  Further, upon stipulation of the parties to the above-entitled matter and good cause appearing,

1   IT IS HEREBY ORDERED that the STATUS HEARING date of November 28, 2005,
2   presently scheduled at 2:00 p.m., before the Honorable Claudia Wilken, be vacated and a re-set for
3   January 9, 2006 at 2:00 p.m.
4   DATED: 11/23/05

*[signature: Claudia Wilken]*

HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE