1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOHN PAUL REICHMUTH
Assistant Federal Public Defender
3 | 555 12th St. – Ste. 650
Oakland, CA 94607-3627
4
Counsel for Defendant VELO-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR-05-00543-CW |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING DATES |
| v. | ) | |
| | ) | |
| TOMAS VELO-PEREZ, ERNESTO CABRERA | ) | |

## ORDER

FINDINGS OF THE COURT:

    1. The ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial.

    2. The continuance is required to accommodate the defendants' continuing investigation and research of this case

    IT IS HEREBY ORDERED that a period of time of three weeks and be excluded under the speedy trial act, 18 U.S.C. Section 3161(H)(8)(A) and (B), between January 9, 2006 and , January 30, 2006.  Further, upon stipulation of the parties to the above-entitled matter and good cause appearing,

1  IT IS HEREBY ORDERED that the STATUS HEARING date of January 9, 2006, presently
2  scheduled at 2:00 p.m., before the Honorable Claudia Wilken, be vacated and a re-set for January
3  30, 2006 at 2:00 p.m.
4  DATED: 1/9/06

*Claudia Wilken*
_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE