KEVIN V. RYAN (CABN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

DANA R. WAGNER (CSBN 209099)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637–3709
   Facsimile (510) 637-3724

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00543 CW |
| v. | STIPULATION AND PROTECTIVE ORDER RE: DISCOVERY |
| TOMAS VELO-PEREZ and ERNESTO CABRERA, | |
| Defendants. | |

      The United States of America, through Kevin V. Ryan, United States Attorney for the Northern District of California, and through Dana R. Wagner, Assistant United States Attorney, and Tomas Velo-Perez and Ernesto Cabrera, through their respective counsels of record, John Paul Reichmuth and Mark Goldrosen (hereafter "the defendants' attorneys") stipulate to the following.

      The United States is prepared to provide discovery to the defendants' attorneys concerning the identity of a confidential informant (CI) used in this investigation.

      Pursuant to Rule of Criminal Procedure 16, good cause exists for entry of a protective order for the above-described discovery, and the disclosure of these materials shall therefore be subject to the following restrictions:

STIPULATION AND PROTECTIVE ORDER
[CR 05-00543 CW]

1. <u>Protected Material</u>

The discovery produced in this matter related to the CI is deemed Protected Material. Possession of copies of the Protected Material is limited to the defendants' attorneys, and to any investigators, paralegals, law clerks, experts, or assistants used by the defendants' attorneys in their preparation of this case (hereafter collectively referred to as "the defense team").

Defendants' attorneys and the defense team acknowledge that providing copies of the Protected Material to other persons is prohibited, and agree not to duplicate or provide copies of the Protected Material to other persons.  Neither defendants' attorneys nor any member of the defense team may show the Protected Material to either defendant, to any witness, or to any prospective witness in conjunction with their defense of the defendants in this case, though they may convey an oral summary of the Protected Material's contents to the defendants.  At no time will any copies of the Protected Material be left in the custody of either defendant, of any witness, or of any prospective witness.  Defendants' attorneys and the defense team further acknowledge that they are prohibited from using the Protected Material for any purpose other than defending the defendants in this matter.  Any violation of these prohibitions constitutes a violation of the Protective Order.  Further, the defendants' attorneys agree that prior to disseminating any copies of the Protected Material to members of the defense team, they will provide a copy of this Protective Order to those members.

Notwithstanding efforts taken by the government to redact extraneous personal information of the CI from the discovery provided to the defense (such as addresses, phone numbers, etc.), defendants' attorneys and the defense team agree that, should any such information be found during its review of this material, it will not provide that personal information in any form – whether in verbal, written, or electronic format – to any third party, for any reason whatsoever.  This Order shall be binding on all subsequent attorneys who represent either defendant in this case and on any other person who becomes a member of the defense team or comes into possession of Protected Material disclosed pursuant to this Order.

//

//

[CR 05-00543 CW]                              2

2. <u>Nontermination</u>

The provisions of this Order shall not terminate at the conclusion of this prosecution but only upon further order of this Court. Within 30 days of a verdict or guilty plea of a defendant in this matter, that defendant's attorney shall return all copies of any Protected Material (including all copies provided to any members of the defense team) to the United States Attorney's Office for the Northern District of California.

SO STIPULATED.

DATED:     March 30, 2006                 /s/
                                          JOHN PAUL REICHMUTH
                                          Attorney for defendant Tomas Velo-Perez

DATED:     March 27, 2006                 /s/
                                          MARK GOLDROSEN
                                          Attorney for defendant Ernesto Cabrera

DATED:     March 30, 2006                 /s/
                                          DANA R. WAGNER
                                          Assistant United States Attorney

IT IS SO ORDERED.

DATED:     3/31/06
                                          CLAUDIA WILKEN
                                          United States District Court Judge

STIPULATION AND PROTECTIVE ORDER
[CR 05-00543 CW]                          3