BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Ste. 650
Oakland, CA 94607-3627
Tel. 510-637-3500

Counsel for Defendant VELO-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR-05-00543-CW |
| v. | ) ORDER CONTINUING DATES |
| TOMAS VELO-PEREZ, ERNESTO CABRERA | ) |
| | ) |

## ORDER

FINDINGS OF THE COURT:

    1. The ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial.

    2. The continuance is required to accommodate the defendants' continuing investigation and research of this case, including the review and translation of numerous tapes, videos, and documents.

    IT IS HEREBY ORDERED that a period of time of FOUR weeks and be excluded under the speedy trial act, 18 U.S.C. Section 3161(H)(8)(A) and (B), between April 24, 2006 and, May 22,

2006.  Further, upon stipulation of the parties to the above-entitled matter and good cause appearing,

    IT IS HEREBY ORDERED that  the MOTIONS HEARING date of April 24, 2006, presently scheduled at 2:00 p.m., before the Honorable Claudia Wilken, be vacated and a re-set for May 22, 2006 at 2:00 p.m.

DATED: 4/25/06

*/s/ Claudia Wilken*

_____
  HON. CLAUDIA WILKEN
    UNITED STATES DISTRICT JUDGE