BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Ste. 650
Oakland, CA 94607-3627
Tel. 510-637-3500

Counsel for Defendant VELO-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TOMAS VELO-PEREZ, ERNESTO CABRERA | No. CR-05-00543-CW<br><br>[PROPOSED] ORDER RE-SETTING DATES |

## ORDER

FINDINGS OF THE COURT:

　　1. The ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial.

　　2. The continuance is required to accommodate the defendants' continuing investigation and research of this case, as well as the need of the parties to exchange information.

　　IT IS HEREBY ORDERED that time continue to be excluded under the speedy trial act, 18 U.S.C. Section 3161(H)(8)(A) and (B). Further, upon stipulation of the parties to the above-entitled matter and good cause appearing,

1  IT IS HEREBY ORDERED that the PRETRIAL HEARING date of September 25, 2006,
2 presently scheduled at 2:00 p.m., before the Honorable Claudia Wilken, be re-set for that date as a
3 STATUS/CHANGE OF PLEA HEARING.  It is further stipulated that the JURY TRIAL
4 presently set for October 3, 2006 be vacated.
5 DATED:   9/7/06

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE