Case 4:05-cr-00543-CW   Document 54   Filed 09/22/06   Page 1 of 2

BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Ste. 650
Oakland, CA 94607-3627
Tel. 510-637-3500

Counsel for Defendant VELO-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                     )<br>                        Plaintiff,     )<br>                                                     )<br>            v.                                     )<br>                                                     )<br>TOMAS VELO-PEREZ, ERNESTO  )<br>CABRERA                                     )<br>                                                     )<br>                                                     )<br>_____) | No. CR-05-00543-CW<br><br>ORDER RE-SETTING DATES |

# ORDER

FINDINGS OF THE COURT:

    1. The ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendants in a speedy and public trial.

    2. The continuance is required to accommodate continuity of counsel and the defendants' continuing investigation and research of this case, as well as the need of the parties to exchange information.

    IT IS HEREBY ORDERED that the time between September 25, 2006 and October 23, 2006 be excluded under the Speedy Trial Act, 18 U.S.C. Section 3161(H)(8)(A) and (B).  Further, upon

1  stipulation of the parties to the above-entitled matter and good cause appearing,

2      IT IS HEREBY ORDERED that the STATUS/CHANGE OF PLEA  HEARING date of

3  September 25, 2006, presently scheduled at 2:00 p.m., before the Honorable Claudia Wilken, be

4  vacated and re-set for October 23, 2006 at 2:00 p.m. for  CHANGE OF PLEA HEARING OR

5  TRIAL SETTING.

6  DATED: 9/22/06

*/s/ Claudia Wilken*

7  _____
    HON. CLAUDIA WILKEN

8      UNITED STATES DISTRICT JUDGE