IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>TOMAS VELO-PEREZ, and<br>ERNESTO CABRERA,<br><br>      Defendants.<br>_____/ | No. CR 05-00543 CW<br><br>ORDER OF REFERENCE<br>TO MAGISTRATE JUDGE |

Pursuant to Criminal Local Rule 11-1 and the request of parties, IT IS HEREBY ORDERED that the above-captioned case is referred to a Magistrate Judge for a settlement conference to be held at the convenience of the Magistrate Judge's calendar. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

DATED: 11/7/06

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

cc: Wings