UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiffs,            )        No. CR 05-00543 CW (BZ)
                                   )
       v.                          )
                                   )        **CRIMINAL SETTLEMENT**
TOMAS VELO-PEREZ and ERNESTO)              **CONFERENCE ORDER**
CABRERA,                           )
                                   )
            Defendants.            )
_____)

     The above matter has been referred to Magistrate Judge

Bernard Zimmerman for settlement purposes.

     **IT IS HEREBY ORDERED** that a Settlement Conference is

scheduled for **Monday, November 20, 2006 at 10:00 a.m.**, in

Courtroom G, 15th Floor, Federal Building, 450 Golden Gate

Avenue, San Francisco, California.  Pursuant to Criminal Local

Rule 11-1(c), defendants shall not attend the Settlement

Conference, but shall be present in the building for

consultation with counsel.  If either defendant is in custody,

defense counsel shall coordinate his transportation with my

clerk, Lashanda Scott (**415-522-2015**).

1

Each party shall prepare a Settlement Conference Statement, which must be lodged with my chambers no later than noon on **November 16, 2006.**

The Settlement Conference Statement shall not be filed with the Clerk of the Court, and need not be served on opposing counsel.  The parties are encouraged, however, to exchange Settlement Conference Statements.  If Settlement Conference Statements are exchanged, any party may submit an additional confidential settlement letter to the Court not to exceed three (3) pages.  The contents of this confidential settlement letter will not be disclosed to the other parties.

Dated: November 9, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.06\USA.PEREZ.SC.wpd