```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JOHN PAUL REICHMUTH
    Assistant Federal Public Defender
 3  555 12th St. – Ste. 650
    Oakland, CA 94607-3627
 4
    Counsel for Defendant VELO-PEREZ
 5
 6
 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      )
                                   )  No. CR-05-00543-CW
11              Plaintiff,         )
                                   )  [PROPOSED] ORDER CONTINUING
12       v.                        )  DATES
                                   )
13  TOMAS VELO-PEREZ               )
                                   )
14                                 )
                                   )
15                                 )
```

Based on the stipulation of the parties, IT IS HEREBY ORDERED that the CHANGE OF PLEA HEARING date of December 11, 2006, presently scheduled at 2:00 p.m., before the Honorable Claudia Wilken, be vacated and a re-set for December 18, 2006 at 2:00 p.m.

DATED: 12/8/06

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE