BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Ste. 650
Oakland, CA 94607-3627

Counsel for Defendant VELO-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TOMAS VELO-PEREZ and<br>ERNESTO CABRERA,<br>　　　　　　Defendants | No. CR-05-00543-CW<br><br>[PROPOSED] ORDER CONTINUING DATE |

　　　Based on the stipulation of the parties, IT IS HEREBY ORDERED that the SENTENCING HEARING date of April 9, 2007, presently scheduled at 2:00 p.m., before the Honorable Claudia Wilken, be vacated and a re-set for May 23, 2007 at 2:00 p.m.

DATED:　　4/24/07

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE