IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOMAS VELO-PEREZ,

    Movant,

    v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

NO. C 07-5401 CW
    CR 05-0543 CW

ORDER TO SHOW CAUSE

    Movant, a federal prisoner currently incarcerated at California City Correctional Center in California City, California, filed this motion under 28 U.S.C. § 2255 to correct his sentence. Good cause appearing, the Court hereby issues the following orders:

    1.    The Clerk of the Court shall serve by certified mail a copy of this Order and the motion and all attachments thereto upon Respondent and Respondent's attorney, the United States Attorney. The Clerk shall also serve a copy of this Order on Movant.

    2.    Respondent shall file with this Court and serve upon Movant, within thirty (30) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2255 Cases, 28 U.S.C. foll. § 2255.

    3.    If Movant wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it upon

Respondent within thirty (30) days of his receipt of the answer.

IT IS SO ORDERED.

Dated: 12/18/07

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

Copies mailed to parties
noted on attached sheet

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VELO-PEREZl,

    Plaintiff,

v.

USA

    Defendant.

Case Number: CV07-05401 CW
CR-05-00543 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 18, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tomas Velo-Perez
Reg. No. 97679-011
California City Correctional Center
P.O. Box 3001-0001
California City, CA 93504

U.S. Attorney
450 Golden Gate Avenue
San Francisco, CA 94102

Attorney General
U.S. Department of Justice
Washington, 20530

Dated: December 18, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

3